## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| US Bank Trust National Association, as Trustee for LB-Igloo Series IV Trust<br>      Plaintiff,<br><br>v.<br><br>Rose-Lee Bager<br>      Defendant,<br><br>Kent County Memorial Hospital<br>Rhode Island Department of Revenue<br>      Defendants/Parties-in-Interest | CASE NO: 1:21-cv-00256 |

**CORPORATE DISCLOSURE STATEMENT**

Now comes the Plaintiff, US Bank Trust National Association, as Trustee for LB-Igloo Series IV Trust and, pursuant to Fed. R. Civ. P. 7.1, states as follows:

US Bank Trust National Association is a subsidiary of US Bancorp. No publicly held corporation, other than US Bancorp, owns ten percent or more of its stock. US Bancorp is a publicly held corporation, does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,
**US Bank Trust National Association, as Trustee for LB-Igloo Series IV Trust**
By its attorney,

*/s/ Francis J. Nolan*_____
Francis J. Nolan, Esq. (#5375)
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458
Direct: (617) 558-8418
Fax: (617) 244-4018
fnolan@harmonlaw.com

Dated: June 11, 2021